CHRISTOPHER L. CELLA (SBN 102061)
CELLA LANGE & CELLA LLP
23120 Alicia Parkway, Suite 200
Mission Viejo, California 92692
(949) 600-7247
Facsimile: (949) 600-7257
clcella@cellalange.net

JAMES D. LUHMANN (SBN 148766)
CELLA LANGE & CELLA LLP
1600 South Main Plaza, Suite 180
Walnut Creek, California 94596
(925) 974-1110
Facsimile: (925) 974-1122
JDLuhmann@cellalange.net

** E-filed February 3, 2011 **

Attorneys for Defendant
ENDOGENX, INC., a Delaware Corporation

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TSA CONSULTING AG, a Swiss Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> ENDOGENX, INC., a Delaware Corporation, <br><br> Defendant. <br><br>_____<br><br> ENDOGENX, INC., a Delaware corporation, <br><br> Third Party Plaintiff, <br><br> vs. | Case No.: CV 10-4763 HRL <br><br> **REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE TELEPHONICALLY; DECLARATION OF CHRISTOPHER L. CELLA IN SUPPORT; AND ORDER** ~~(PROPOSED)~~ <br><br> Date: February 8, 2011 <br> Time: 1:30 p.m. <br> Place: Courtroom 2 <br><br> **(Assigned to the Honorable Howard R. Lloyd)** |

1

|   |   |
|---|---|
| 1 | CARLO RIDOLFI, an individual; )|
| 2 | DOES 1 THROUGH 10, INCLUSIVE, )|
| 3 |        Third-Party Defendants. )|

Lead trial counsel for Defendant and Third Party Plaintiff EndogenX, Inc., a Delaware Corporation, ("EndogenX"), Christopher L. Cella, respectfully requests that he be permitted to attend and participate in the Case Management Conference, scheduled for February 8, 2011, at 1:30 p.m., in Courtroom 2 of the above-entitled Court, the Honorable Howard R. Lloyd, presiding:

### DECLARATION OF CHRISTOPHER L. CELLA

1. I am an attorney at law duly licensed to practice before this Court. The matters stated in this Declaration are true and correct of my personal knowledge and, if called and sworn as a witness, I could and would testify competently to these facts.

2. My principal office is in Orange County, California. I am lead trial counsel for Defendant and Third Party Plaintiff EndogenX, Inc.

3. I have commitments throughout the week of February 7, 2011, that require my presence in Southern California, including a hearing on February 8, 2011, at 8:30 a.m. in the Los Angeles Superior Court, in Case No. BC 423303, styled *Zingel, et al. v. Akopian, et al.*, pending before the Honorable Ronald Sohigian.

4. Accordingly, I respectfully request that I be permitted to participate in the Case Management Conference on February 8, 2011, at 1:30 p.m., by telephone.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed this 2nd day of February 2011, at Mission Viejo,

1  California.

Christopher L. Cella

## ORDER

Based upon the foregoing, and good cause appearing, **IT IS HEREBY ORDERED** that Christopher Cella may appear telephonically on behalf of EndogenX, Inc. at the Case Management Conference on February 8, 2011, at 1:30 p.m.

Dated:  February 3, 2011

Honorable Howard R. Lloyd

Mr. Cella shall initiate the call to the court via CourtCall at (866) 582-6878 just prior to the time appointed for the conference.