# UNITED STATES DISTRICT COURT

## Northern District of California

### San Jose Division

TSA CONSULTING AG,
    Plaintiff,

    v.

ENDOGENX, INC.,
    Defendant.

No. C 10-4763 HRL

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:    March 4, 2011
Mediator:  Ellyn Lazarus

    IT IS HEREBY ORDERED that the requests for plaintiff TSA Consulting AG's managing director, Mario Verga, to be excused from personal attendance at the March 4, 2011 mediation session and any further mediation that occurs within the next sixty days before Ellyn Lazarus is GRANTED. Mr. Verga shall be available at all times to participate in the mediation telephonically in the joint and private sessions of the mediation as directed by the mediator.

    IT IS SO ORDERED.

February 17, 2011
Dated

By: *Elizabeth D. Laporte*
Elizabeth D. Laporte
United States Magistrate Judge